Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| PORNPOJ PRATEEPSIN<br><br>SAINAMPEUNG PRATEEPSIN | ) Chapter 13<br>)<br>) Case No.: 8:06-bk-11939-RK<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301152** in the sum of **$1,434.35** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    PORNPOJ PRATEEPSIN
    13021 LA JARA ST
    CERRITOS, CA 92805

Date: September 10, 2011     __/S/_____
                                          Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0611939 | PORNPOJ & SAINAMPEUNG PRATEEPSIN ACCT: | Claim: 00000 | XXX-XX-2102 XXX-XX-1385 | 1,434.35 | 0.00 | 1,434.35 |
| | | TOTALS | | 1,434.35 | 0.00 | 1,434.35 |

PORNPOJ PRATEEPSIN
SAINAMPEUNG PRATEEPSIN
BALANCE:           [0.00  0/00000]
SSN: XXX-XX-2102    SSN: XXX-XX-1385
ACCT:                           CASE: 0611939
PRINCIPAL:     1,434.35    INTEREST:      0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301152

Aug 22, 2011

VOID 90 DAYS FROM DATE

*****$1,434.35

PAY  One Thousand Four Hundred Thirty Four And 35 / 100 Dollars

TO THE ORDER OF  *PORNPOJ PRATEEPSIN & SAINAMPEUNG PRATEEPSIN*
13021 LA JARA ST
CERRITOS, CA  90703

⑆0301152⑆ ⑈061100790⑈ 000000575186 2⑆